164 A.3d 395

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MICHAEL STALLWORTH, DEFENDANT-
PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001352–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 395

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JAMIE WALLACE, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002621–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.